## CUDDY v. STATE.
### No. 24725.

Court of Criminal Appeals of Texas.
March 29, 1950.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

The offense is burglary; the punishment, three years in the penitentiary.

The record is before us without bills of exception or a statement of facts. Nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the Court.